**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2417**

DR. MARLA CRAWFORD, Advocate/Analyst,

Plaintiff - Appellant,

and

KANDISE LUCAS, Lead Advocate; TONI HUNTER-DAVIS, Parent,

Plaintiffs,

v.

HENRICO COUNTY PUBLIC SCHOOL BOARD; PATRICK KINLAW, Superintendent; KIRK EGGLESTON, Principal CTE; HENRICO COUNTY POLICE DEPARTMENT; HUMBERTO CARDOUNEL, Police Chief; SERGEANT CROOK, Police Officer; SHANNON TAYLOR, Henrico County Commonwealth District Attorney; TANIA KREGAR, Assistant District Attorney; L. NEIL STEVERSON, District Court Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:18-cv-00402-HEH)

Submitted: October 30, 2020                    Decided: February 5, 2021

Before GREGORY, Chief Judge, HARRIS, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

_____

Marla Crawford, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. Marla Crawford, along with Kandise Lucas and Toni Hunter-Davis, filed a civil complaint asserting federal statutory claims, federal civil rights claims, and state law claims against the Henrico County Public School Board, Superintendent Patrick Kinlaw, Principal Kirk Eggleston, the Henrico County Police Department, Henrico County Police Chief Humberto Cardounel, Sergeant Crook, Henrico County Commonwealth's Attorney Shannon Taylor, Assistant Commonwealth's Attorney Tania Kregar, and Henrico County District Court Judge L. Neil Steverson. After the district court dismissed the complaint in its entirety, we affirmed the dismissal of the federal statutory claims as to all defendants and the federal civil rights claims against Taylor, Kregar, and Steverson. We vacated the dismissal of the civil rights claims as to the other Defendants and the dismissal of the state law claims, and remanded to the district court for further proceedings.

On remand, Defendants renewed their motions to dismiss all of the claims. The district court granted those motions and dismissed the remaining federal claims with prejudice. Having dismissed the federal claims, the district court declined to exercise supplemental jurisdiction over the state law claims. *See* 28 U.S.C. § 1367(c)(3). The district court also denied as moot Crawford's motion to sever her claims from those of Lucas and Hunter-Davis. We have reviewed the record and find no reversible error. We therefore affirm for the reasons stated by the district court. *Lucas v. Henrico Cnty. Sch. Bd.*, No. 3:18-cv-00402-HEH (E.D. Va. Nov. 6, 2019). We dispense with oral argument

3

Because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*